UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE ESTATE OF THOMAS LEVANOS,

     Plaintiff,

v.                                                          CASE NO: 8:06-cv-1983-T-23MAP

CITY OF SARASOTA, et al.,

     Defendants.

_____/

## **ORDER**

    The parties' joint motion (Doc. 20) to continue the deadline to conduct mediation is **GRANTED**.  The parties will mediate this action on or before **July 17, 2007**.  Lead counsel will file a notice of mediation within twenty (20) days of the date of this order. The provisions of the February 27, 2007, order referring this matter to mediation otherwise apply.

    ORDERED in Tampa, Florida, on April 23, 2007.

_____
**STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE**

cc:    Courtroom Deputy